**The People of the State of Illinois, defendant in error, v. Hugh Haskins, plaintiff in error.    Gen. No. 7,733.**

Prosecution for unlawful sale of intoxicants.    Conviction and sentence.    Error to the County Court of Knox county; the Hon. Edward S. Stickney, Judge, presiding.    Heard in this court at the April term, 1927.    Affirmed.    Opinion filed September 29, 1927.    Rehearing denied November 8, 1927.

Leo P. Baird, for plaintiff in error.    R. C. Rice and S. M. Meadows, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

---

**Lena Moulton, appellee, v. Eugene A. Moulton, appellant.    Gen. No. 7,737.**

Action on judgment note.    Judgment for plaintiff.    Appeal from the Circuit Court of Kane county; the Hon. John K. Newhall, Judge, presiding.    Heard in this court at the April term, 1927.    Reversed and remanded.    Opinion filed September 29, 1927.

Justus Chancellor, for appellant.    Charles I. McNett, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Marian Freeman Powers, appellee, v. Ray A. Powers, appellant. Gen. No. 7,773.**

Bill for divorce.    Decree for complainant.    Appeal from the Circuit Court of Peoria county; the Hon. Theodore N. Green, Judge, presiding. Heard in this court at the April term, 1927.    Reversed and remanded with directions.    Opinion filed September 29, 1927.

Irving Shutts and Miller, Elliott & Westervelt, for appellant. Wallace J. Black and Clyde M. West, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Gerhart Gordon, plaintiff in error.    Gen. No. 7,776.**

Prosecution for unlawful sale and possession of intoxicants.    Conviction and sentence.    Error to the Circuit Court of McHenry county; the Hon. Edward D. Shurtleff, Judge, presiding.    Heard in this court at the April term, 1927.    Affirmed.    Opinion filed September 29, 1927.

V. S. Lumley, for plaintiff in error.    Alford H. Pouse, State's Attorney, and James J. McCauley, Assistant State's Attorney, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.